UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE OVIDIO HERNANDEZ,

                Plaintiff,

       -against-

FARVA JAFRI; RICHARD SKLARIN; SAMI
NASSER; MARCI DUSTIN; JENNA
LAZZARO,

              Defendants.

24-cv-6972 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 25, 2024, order, Plaintiff's federal claims are dismissed, 28 U.S.C. §§ 1915(e)(2)(B)(ii), (iii), and the Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction of his state law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    October 30, 2024
           New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
           Chief United States District Judge